| | |
|---|---|
| 1 | PETER URIAS, Bar No. 255306 |
| | purias@solarcity.com |
| 2 | MUIZZ RAFIQUE, Bar No. 259052 |
| | mrafique@solarcity.com |
| 3 | SOLARCITY LEGAL DEPARTMENT |
| | SOLARCITY CORPORATION |
| 4 | 3055 Clearview Way |
| | San Mateo, CA 94402 |
| 5 | Telephone:    650.963.5149 |
| 6 | RICHARD H. RAHM, Bar No. 130728 |
| | rrahm@littler.com |
| 7 | LISA LIN GARCIA, Bar No. 260582 |
| | llgarcia@littler.com |
| 8 | LITTLER MENDELSON, P.C. |
| | 333 Bush Street, 34th Floor |
| 9 | San Francisco, CA  94104 |
| | Telephone: (415) 433-1940 |

Attorneys for Defendant
SOLARCITY CORPORATION

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RAVI WHITWORTH, individually and on behalf of all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP.,<br><br>Defendant. | Case No. 3:16-cv-01540-JSC<br><br>**DEFENDANT SOLARCITY CORPORATION'S NOTICE REGARDING SUPPLEMENTAL BRIEFING TO ITS MOTION TO COMPEL ARBITRATION**<br><br>Before the Honorable Jacqueline Scott Corley |

TO THE CLERK OF THE COURT, ALL PARTIES, AND ALL COUNSEL OF RECORD:

Defendant Solarcity Corporation ("Defendant") hereby provides notice that Defendant will not be filing a supplemental brief in support of its Motion to Compel Arbitration filed on May 26, 2016, currently pending in the above-entitled matter.

Dated: October 26, 2016

/s/ Lisa Lin Garcia
PETER URIAS
MUIZZ RAFIQUE
RICHARD H. RAHM
LISA LIN GARCIA

Attorneys for Defendant
SOLARCITY CORPORATION

Firmwide:143625981.1 088784.1001

DEFENDANT'S NOTICE RE. SUPPLEMENTAL BRIEFING | 1. | CASE NO. 3:16-CV-01540-JSC