| | |
|---|---|
| Jahan C. Sagafi (SBN 224887) | MORGAN, LEWIS & BOCKIUS LLP |
| OUTTEN & GOLDEN LLP | John S. Battenfeld, Bar No. 119513 |
| One California Street, 12th Floor | Daniel R. Rodriguez, Bar No. 323955 |
| San Francisco, CA 94111 | John.battenfeld@morganlewis.com |
| Telephone: (415) 638-8800 | Daniel.rodriguez@morganlewis.com |
| Facsimile: (415) 638-8810 | 300 South Grand Avenue |
| Email: jsagafi@outtengolden.com | Twenty-Second Floor |
| | Los Angeles, CA 90071-3132 |
| CHRISTINA HUMPHREY LAW, P.C. | Tel: +1.213.612.2500 |
| Christina A. Humphrey (SBN 226326) | Fax: +1.213.612.2501 |
| 591 Telegraph Canyon Rd, #376 | |
| Chula Vista, CA 91910 | Attorneys for Defendant |
| Telephone: (619) 488-6400 | Tesla Energy Operations, Inc. (formerly |
| Facsimile: (805) 618-2939 | known as SolarCity Corporation) |
| Email: christina@chumphreylaw.com | |

Attorneys for Plaintiffs and aggrieved employees

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SAN FRANCISCO DIVISION

| | |
|---|---|
| RAVI WHITWORTH, JAVIER FRIAS, and GREG CARRANZA, and JOSHUA ARGUELLES, on behalf of themselves, the State of California, and all other aggrieved employees,<br><br>Plaintiffs,<br><br>v.<br><br>SOLARCITY CORP. and TESLA ENERGY OPERATIONS, INC.,<br><br>Defendants. | Case No. 3:16-cv-01540-JSC<br><br>**JOINT STIPULATION TO CONDUCT SETTLEMENT APPROVAL HEARING BY ZOOM**<br><br>Hearing Date:   April 27, 2023<br>Hearing Time:   10:00 a.m. |

DB2/ 45408579.1

1  WHEREAS, on January 13, 2023, Plaintiffs filed a Motion for Approval of Private Attorney's General (PAGA) Settlement (ECF No. 190) ("Motion");

2  WHEREAS, on March 31, 2023, the Court issued a Notice Scheduling Motion Hearing (ECF No. 194) setting a hearing on Plaintiffs' Motion for April 13, 2023 at 10:00 a.m.;

3  WHEREAS, on April 5, 2023, the Parties filed a Joint Stipulation to Continue the April 13, 2023 hearing on Plaintiffs' Motion to April 20, 2023 (ECF No. 195) due to Plaintiffs' counsel's unavailability for the April 13, 2023 hearing;

4  WHEREAS, on April 6, 2023, the Court set the hearing on Plaintiff's Motion for April 27, 2023 at 10:00 a.m. (ECF No. 196);

5  WHEREAS, the Parties have met and conferred regarding availability to attend the April 27, 2023 hearing and the Court's Standing Order allowing parties to stipulate to have a hearing by Zoom video, and believe a hearing by Zoom video would best allow for the participation of all parties for the April 27, 2023 hearing on Plaintiffs' Motion;

THEREFORE, subject to the approval of this Court, the parties hereby stipulate and agree to the following:

1. The April 27, 2023 hearing at 10:00 a.m. on Plaintiffs' Motion for Approval of Private Attorney's General (PAGA) Settlement will be conducted by Zoom video.

Dated: April 18, 2023

Respectfully submitted,

By: /s/ Jahan C. Sagafi
    Jahan C. Sagafi

Jahan C. Sagafi (SBN 224887)
Jared W. Goldman (SBN 330574)
OUTTEN & GOLDEN LLP
One California Street, 12th Floor
San Francisco, CA 94111
Telephone: (415) 638-8800
Facsimile: (415) 638-8810
Email: jsagafi@outtengolden.com

CHRISTINA HUMPHREY LAW, P.C.
Christina A. Humphrey (SBN 226326)
8330 Allison Ave., Ste. C.
La Mesa, CA 91942
Telephone: (619) 488-6400
Facsimile: (805) 618-2939
Email: christina@chumphreylaw.com

*Attorneys for Plaintiffs and aggrieved employees*

-2-

CASE NO. 3:16-CV-01540-JSC
JOINT STIPULATION TO CONDUCT SETTLEMENT APPROVAL
HEARING BY ZOOM

DB2/ 45408579.1

| | | |
|---|---|---|
| 1 | Dated:  April 18, 2023 | Respectfully submitted, |
| 2 | | By: */s/ Daniel R. Rodriguez* |
| | |     Daniel R. Rodriguez |

MORGAN, LEWIS & BOCKIUS LLP
John S. Battenfeld, Bar No. 119513
Daniel R. Rodriguez, Bar No. 323955
john.battenfeld@morganlewis.com
daniel.rodriguez@morganlewis.com
300 South Grand Avenue
Twenty-Second Floor
Los Angeles, CA 90071-3132
Tel: +1.213.612.2500
Fax: +1.213.612.2501

Attorneys for Defendant
TESLA ENERGY OPERATIONS, INC.
(formerly known as SOLARCITY
CORPORATION)

-3-

CASE NO. 3:16-CV-01540-JSC
JOINT STIPULATION TO CONDUCT SETTLEMENT APPROVAL
HEARING BY ZOOM

DB2/ 45408579.1

**ATTESTATION**

Pursuant to Local Rule 5-1(i)(3), I attest that I am the ECF user whose user ID and password are being used in the electronic filing of this document, and further attest that I have obtained the concurrence in the filing of the document from the other signatory.

                                          */s/ Daniel R. Rodriguez*
                                          Daniel R. Rodriguez